UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | CR218-022 |
| | ) | |
| STEPHEN MICHAEL KELLY, ET AL. | ) | |

## PENALTY CERTIFICATION

### Count One - 18 U.S.C. § 371
**Conspiracy**
Not more than 5 years imprisonment;
Fine of not more than $250,000 pursuant to 18 U.S.C. § 3571;
Not more than 3 years supervised release, pursuant to 18 U.S.C. § 3583;
$100 special assessment.

### Count Two - 18 U.S.C. § 1363
**Destruction of Property on Naval Installation**
Not more than 5 years imprisonment;
Fine of not more than $250,000 pursuant to 18 U.S.C. § 3571;
Not more than 3 years supervised release, pursuant to 18 U.S.C. § 3583;
$100 special assessment.

### Count Three - 18 U.S.C. § 1361
**Depredation of Government Property**
Not more than 10 years imprisonment;
Fine of not more than $250,000 pursuant to 18 U.S.C. § 3571;
Not more than 3 years supervised release, pursuant to 18 U.S.C. § 3583;
$100 special assessment.

### Count Four - 18 U.S.C. § 1382
**Trespass (Class B Misdemeanor)**
Not more than 6 months imprisonment;
Fine of not more than $5,000 pursuant to 18 U.S.C. § 3571;
Not more than 1 year supervised release, pursuant to 18 U.S.C. § 3583;
$100 special assessment.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Karl Knoche*

Karl I. Knoche
Assistant United States Attorney
Georgia Bar. No. 426624