IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:18-cr-22 |
| CARMEN TROTTA, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Honorable Lisa Godbey Wood's directive to appoint counsel to assist Defendant Carmen Trotta with his appeal in this matter. Doc. 1020. Thus, the Court appoints Juanita Holsey to assist Carmen Trotta with his appeal at no cost to Carmen Trotta.

The Court advises defense counsel, Juanita Holsey, that Defendant Carmen Trotta filed a Notice of Appeal of his sentence with the Court on November 12, 2020. Doc. 979. The Court then transmitted the Notice of Appeal and Docket Sheet to the United States Court of Appeals by electronic means on November 6, 2020. Doc. 984. On November 24, 2020, the United States Court of Appeals for the Eleventh Circuit issued a notice to the Defendant and prior counsel, Fred Kopp, providing the case number and setting out requirements for filing with the Eleventh Circuit. Doc. 1001.

On December 16, 2020, defense counsel, Fred Kopp, filed a Motion to be Removed as Counsel. Doc. 1019. Mr. Kopp set out in his motion that he is not a member of the Court of Appeals at this time and has not practiced with the 11th Circuit Court of Appeals in over thirty (30) years. The Court granted Defendant's Motion, doc. 1020, and has appointed Juanita Holsey

as CJA Standby Counsel to assist Mr. Trotta with his appeal with the 11th Circuit Court of Appeals.  Ms. Holsey is **ORDERED** to take the necessary steps in notifying the 11th Circuit Court of Appeals of her representation of Defendant Carmen Trotta's appeal, 11th Circuit Case No. 20-14341-G.

The Clerk of Court is hereby instructed to update the docket to reflect that Juanita Holsey is CJA Appointed Standby Counsel in this case for Defendant Carmen Trotta.

**SO ORDERED**, this 18th day of December, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA