Judge McMahon

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER (Tran. Court) 2:18CR00022-007 |
|---|---|---|---|
| TRANSFER OF JURISDICTION | | | DOCKET NUMBER (Rec. Court) 22 CRIM 291 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE Carmen Trotta | DISTRICT SOUTHERN GEORGIA | | DIVISION BRUNSWICK |
| | NAME OF SENTENCING JUDGE Honorable Lisa Godbey Wood | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/23/2021 | TO 11/22/2024 |
| OFFENSE | | | |

Count 1, Conspiracy, in violation of 18 U.S.C. §§ 371, 1382, 1363, 1361, and 2; Count 2, destruction of property on naval installation, in violation of 18 U.S.C. §§ 1363, and 2; Count 3, depredation of government property, in violation of 18 U.S.C. §§ 1361, and 2; and Count 4, trespass, in violation of 18 U.S.C. §§ 1382, and 2.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   GEORGIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the supervised releasee or probationer named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 17, 2022
_Date_

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/23/22
_Effective Date_

United States District Judge
USMJ